UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr--381 (JEB)) , |
| | ) | |
| Jacob Michael Therres, *defendant*. | ) | |

NOTICE
(EXHIBIT FOR DETENTION HEARING)


The defendant, through undersigned counsel Nathan I. Silver, Esq., appointed by this Court under the Criminal Justice Act, hereby provides the Court with the following exhibit: The docket for case number C-12-CR-20-000527, Harford County (MD) Circuit Court, filed Sept. 15, 2020 (4 pp.) from Maryland Judiciary Case Search online service.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Andrew Tessmani, Esq., United States Dept. of Justice, USAO (W. Va.)--Detailee, via ECF this 22nd day of November, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*