| CaseSearch | Circuit Court of Maryland |
|---|---|

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Harford County - Criminal** |
| Location: | **Harford Circuit Court** |
| Case Number: | **C-12-CR-20-000527** |
| Title: | **State of Maryland vs. JACOB MICHAEL THERRES** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **09/15/2020** |
| Case Status: | **Closed / Inactive** |
| Tracking Number(s): | **201001351261** |

## Other Reference Numbers

Police Report Number: **201900209393**
Forwarded to Circuit Court **D-09-CR-20-002423**
Related Case **C-12-CR-20-000527JG**

## Defendant Information

### Defendant

Name: **THERRES, JACOB MICHAEL**
Race: **White** Sex: **Male** Height: **6'0"** Weight: **150**
HairColor: **Brown** EyeColor:
DOB: **04/26/1997**
Address: **4206 GOODSON COURT**
City: **BELCAMP** State: **MD** Zip Code: **21017-0000**

*Attorney(s) for the Defendant*

Name: **DOLAN, DOUGLAS ROBERT**
Appearance Date: **10/21/2020**
Removal Date: **05/22/2021**
Address Line 1: **24 E. PENNSYLVANIA AVENUE SECOND FLOOR**
City: **BEL AIR** State: **MD** Zip Code: **21014**

## Involved Parties Information

### Plaintiff

Name: **State of Maryland**

*Attorney(s) for the Plaintiff*

Name: **State's Attorney, Harford County Circuit Court**
Appearance Date: **09/15/2020**

| | |
|---|---|
| Removal Date: | 07/03/2021 |
| Address Line 1: | 20 W Courtland Street |
| City: | Bel Air  State: MD  Zip Code: 21014 |
| | |
| Name: | FILI, SALVATORE |
| Appearance Date: | 09/17/2020 |
| Removal Date: | 07/03/2021 |
| Address Line 1: | Harford County State's Attorney's Office |
| Address Line 2: | 20 W. Courtland Street |
| City: | Bel Air  State: MD  Zip Code: 21014 |

## Probation Officer

Name: **HARFORD COUNTY DIVISION OF PAROLE &amp; PROBATION**
Address: **2 S. BOND STREET**
City: **BEL AIR**  State: **MD**  Zip Code: **21014**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Initial Appearance | 10/21/2020 | 13:30:00 | Harford County Judge | Courtroom 2-02 | Concluded / Held |
| Conference - Scheduling | 11/09/2020 | 08:30:00 | Harford County Judge | Courtroom 2-50 | CancelledReason: Canceled/Vacated |
| Conference - Pre-Trial | 04/07/2021 | 08:30:00 | Harford County Judge | | Reset |
| Conference - Pre-Trial | 04/07/2021 | 08:30:00 | Harford County Judge | Courtroom 2-50 | Concluded / Held |
| Trial - Jury | 04/08/2021 | 08:30:00 | Harford County Judge | | CancelledReason: Case Closed |
| Trial - Jury | 04/08/2021 | 08:30:00 | Harford County Judge | Courtroom 2-50 | CancelledReason: Case Closed |

## Charge and Disposition Information

Charge No: **4**  CJIS Code: **1-1136**  Statute Code: **CR.7.104**
Charge Description: **Theft: $1,500 To Under $25,000**  Charge Class: **Felony District Court**
*Probable Cause:*
Offense Date From: **08/19/2019**  To:

Agency Name:         Officer ID:
*Disposition*
Plea:           **Guilty**  Plea Date: **04/07/2021**
Disposition:    **G**  Disposition Date: **04/07/2021**
*Jail*
Life:           false
Death:          false
Start Date:     04/08/2021
Jail Term:      Yrs: **5**  Mos: **0**  Days: **0**  Hours: **0**
Suspended Term: **Suspend Entire Sentence**

*Probation:*
Start Date:     **04/07/2021**

| | | |
|---|---|---|
| Supervised : | **true** Yrs: **3** Mos: **0** Days: **0** Hours: **0** | |
| UnSupervised : | **false** Yrs: Mos: Days: Hours: | |

*Restitution and Other Costs:*
Restitution Amount: **$4,000.00**   Entered Date: **04/08/2021**

## Document Information

| | |
|---|---|
| File Date: | **08/24/2020** |
| Filed By: | |
| Document Name: | **Statement of Charges** |

| | |
|---|---|
| File Date: | **09/15/2020** |
| Filed By: | |
| Document Name: | **Criminal Indictment** |

| | |
|---|---|
| File Date: | **09/15/2020** |
| Filed By: | |
| Document Name: | **District Court Transmittal** |

| | |
|---|---|
| File Date: | **09/17/2020** |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |

| | |
|---|---|
| File Date: | **09/17/2020** |
| Filed By: | |
| Document Name: | **Attorney Appearance for State** |

| | |
|---|---|
| File Date: | **10/21/2020** |
| Filed By: | |
| Document Name: | **Hearing Sheet** |

| | |
|---|---|
| File Date: | **10/21/2020** |
| Filed By: | |
| Document Name: | **Defense Attorney Appearance Filed** |

| | |
|---|---|
| File Date: | **10/21/2020** |
| Filed By: | |
| Document Name: | **Discovery Pursuant to Rule 4-263** |

| | |
|---|---|
| File Date: | **10/23/2020** |
| Filed By: | |
| Document Name: | **Return of Service - Not Served** |

| | |
|---|---|
| File Date: | **10/29/2020** |
| Filed By: | |
| Document Name: | **Discovery Pursuant to Rule 4-263** |

| | |
|---|---|
| File Date: | **10/30/2020** |
| Filed By: | |
| Document Name: | **Scheduling Order** |

| | |
|---|---|
| File Date: | **11/06/2020** |
| Filed By: | |
| Document Name: | **Notice of Restricted Information** |

| | |
|---|---|
| File Date: | **11/17/2020** |
| Filed By: | |

| | |
|---|---|
| Document Name: | **Crime Victim Certificate of Compliance** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Waiver of Rights** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Hearing Sheet** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Order - Probation/Supervision Docket** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Defendant Advised of Rights - Jury Trial Waived** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Judgment of Restitution** |

| | |
|---|---|
| File Date: | 04/07/2021 |
| Filed By: | |
| Document Name: | **Defendant Received Notice of Post - Trial Rights** |

| | |
|---|---|
| File Date: | 05/06/2021 |
| Filed By: | |
| Document Name: | **Motion/Request/Petition for Modification of Sentence** |

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|
| Summons Issued | 09/17/2020 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*