UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-381 (JEB) |
| | ) | |
| Jacob Michael Therres,   *defendant.* | ) | |

ORDER

Upon good cause shown in defendant's Unopposed Motion to Modify Sentence, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this _5th_ day of _Dec._, 2022, that the defendant observe a curfew from _9_ o'clock p.m. to _7_ o'clock a.m. daily and on weekends while on home detention and location monitoring in the above-referenced case. PSA shall have authority to modify this curfew as necessary.

_____
Hon. James E. Boasberg, Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
 6300 Orchid Drive
 Bethesda, MD 20817-5614
 By ECF

 Andrew J. Tessman, Esq..
 U.S. Dept. of Justice - (USAO-WVA)
 By ECF