UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 22-cr-381 (JEB) |
| | ) |
| Jacob Michael Therres, *defendant*. | ) |

NOTICE
(Exhibit: Letter from Habitat for Humanity)

THE COURT WILL PLEASE NOTE filing of the attached Exhibit (1 page) in allocution for sentencing, consisting of a letter from Michelle Louderback, Volunteer Coordinator, Habitat for Humanity.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Andrew J. Tessman, Esq., USAO-DC, attorney of record for the United States, via ECF this 21st day of April, 2023.

__*Nathan I. Silver*_____
*Nathan I. Silver*